UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In the matter of the search of** | : | CASE NO.: 1:12-mj-128 |
| | : | |
| | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| **5418 North Bend Rd #275** | : | **MOTION TO UNSEAL** |
| | : | **SEARCH WARRANT** |

-----------------------------------

The United States respectfully requests that the Court unseal the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

          Respectfully submitted,

          CARTER M. STEWART
          United States Attorney

          s/Timothy S. Mangan
          TIMOTHY S. MANGAN (069287)
          Assistant United States Attorney
          221 East Fourth Street; Suite 400
          Cincinnati, Ohio 45202
          (513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.

10/23/12
DATE

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge